# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DENNIS WALTER BOND, SR., et al.,** | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 10-cv-1256 RWT |
| **MARRIOTT INTERNATIONAL, INC., et al.,** | * | |
| | * | |
| Defendants. | | |
| | *** | |

## CLERK'S ORDER TAXING COSTS

The Defendants, Marriott International, Inc., et al., are the prevailing parties in this action.  ECF No. 234.  Pursuant to the unopposed bill of costs filed on March 22, 2016, by Defendants, ECF No. 269, the costs are hereby taxed in favor of Defendants Marriott International, Inc., et al., and against the Plaintiffs Dennis Walter Bond, Sr., et al., in the amount of **$36,441.68** and included in the judgment.  Delivery and handling costs in the amount of $155.00 are denied as not taxable costs.  *See Guidelines for Bills of Costs* § II.D.2 (D. Md. 2013).

    FELICIA C. CANNON, CLERK

By: _____/s/_____
    Jarrett B. Perlow, Deputy Clerk

Dated this 9th day of June, 2016.